UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**WANDA KOEHN,**

    **Plaintiff,**

        v.                          Case No.: 8:19-cv-01455-WFJ-TGW

**KFC CORPORATION,**

    **Defendant.**

_____/

### NOTICE OF SETTLEMENT

    Plaintiff WANDA KOEHN, by and through her undersigned Counsel, hereby gives notice that the parties have reached a settlement, in principle, with respect to Plaintiff's individual claims. In light of the parties' settlement, we respectfully request that the Court dismiss this action with leave to reopen the case in forty-five (45) days from today's date in the event a final Stipulation of Voluntary Dismissal has not been submitted by that date. We also request that the Court adjourn all pending dates and deadlines, including, without limitation, the deadline for Defendant to answer, move or otherwise respond to the complaint.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Kevin M. Young, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

*Attorneys for Defendant*
*KFC CORPORATION*

                                                /s/ *Roderick V. Hannah*
                                                Roderick V. Hannah