UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:19-cv-01455-WFJ-TGW

**WANDA KOEHN,**

    Plaintiff,

vs.

**KFC CORPORATION, a foreign for-profit corporation,**

    Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WANDA KOEHN ("Plaintiff"), and Defendant, KFC CORPORATION ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Dated: October 31, 2019

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*____ | By ____*s/ Pelayo M. Duran*____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

59995302v.1

**SEYFARTH SHAW**
Attorney for Defendant
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

By  *s/ Kevin M. Young*
       KEVIN M. YOUNG
       Fla. Bar No. 114151

2

59995302v.1